UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INVESTIGATIVE SUBPOENA DIRECTED TOWARD FIFTH THIRD BANK AND CITIBANK,<br><br>Issued by<br>UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br>Three Lafayette Centre<br>1155 21st Street, N.W.<br>Washington, D.C. 20581,<br><br>         Applicant. | **FILED UNDER SEAL**<br><br>Miscellaneous No. |

## MOTION TO SEAL APPLICATION FOR AN ORDER DELAYING NOTICE UNDER THE RIGHT TO FINANCIAL PRIVACY ACT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW, the United States Commodity Futures Trading Commission ("the Commission"), by and through the undersigned counsel, to respectfully request leave to file under seal this Motion and the Commission's Application For An Order Delaying Notice Under The Right To Financial Privacy Act And Memorandum Of Points And Authorities In Support Thereof ("Application").

As part of an investigation into potential violations of the Commodity Exchange Act, Pub. L. No. 74-675, 49 Stat. 1491 (1936) (codified as amended at 7 U.S.C. §§ 1-25 (2012)) ("the Act"), and regulations promulgated thereunder, the Commission seeks to serve an administrative subpoena on a financial institution to obtain the financial records of an individual. The Right To Financial Privacy Act, 12 U.S.C. §§ 3401-3422 (2012) ("RFPA"), governs the issuance of a subpoena in these circumstances. Under the RFPA's default procedures, the Commission must

provide notice to the individual that it is issuing a subpoena before obtaining any bank records. *See* RFPA § 3405. However, the Commission may request a ninety-day delay in providing notice where maintaining confidentiality serves certain investigative and law enforcement interests. *See id.* § 3409(a). The Commission requests delayed notice under § 3409 in its Application.

Because the purpose of § 3409 is to protect the confidentiality of the underlying investigation, applications for relief under § 3409 are appropriately filed under seal. *See id.* § 3409(d) (disclosure of § 3409 application to subject individual is appropriate only where court has determined that requirements for relief under § 3409(a) are not satisfied). The Application — and any papers referencing the Application, including any orders by this Court — should be maintained under seal at least until the earlier of (1) the time at which actual notice of the subpoena is given to the individual pursuant to the RFPA; or (2) the Court determines that relief under § 3409 is not appropriate.

## CONCLUSION

WHEREFORE, the Commission respectfully requests that the Court grant leave to file under seal this Motion and the Application. The Commission also requests that the Court issue any related orders under seal. A proposed Order is being submitted herewith.

Respectfully submitted,

Dated: March 15, 2017

Alison B. Wilson
D.C. Bar No. 475992
Chief Trial Attorney
awilson@cftc.gov
(202) 418-5568

2

Dated: March 15, 2017

         /s/ Rishi K. Gupta
Rishi K. Gupta
MA BBO No. 663782
Trial Attorney
rgupta@cftc.gov
(202) 418-6773

U.S. Commodity Futures Trading Commission
Division of Enforcement
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C.  20581