UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INVESTIGATIVE SUBPOENA DIRECTED TOWARD FIFTH THIRD BANK AND CITIBANK, <br><br> Issued by <br> UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br> Three Lafayette Centre <br> 1155 21st Street, N.W. <br> Washington, D.C. 20581 <br><br> Applicant. | FILED UNDER SEAL <br><br> Miscellaneous No. |

## APPLICATION FOR *EX PARTE* ORDER TO DELAY NOTICE OF INVESTIGATIVE SUBPOENAS PURSUANT TO 12 U.S.C. § 3409

The U.S. Commodity Futures Trading Commission ("Commission"), pursuant to Section 1109 of the Right to Financial Privacy act of 1978 ("RFPA), 12 U.S.C. § 3409 (2012), respectfully submits this Application for *Ex Parte* Order to Delay Notice of Investigative Subpoena ("Application"), and requests that this Court grant an *ex parte* order delaying for ninety (90) days the customer notice(s) that may be required under 12 U.S.C. § 3405, related to personal financial records sought in connection with an on-going investigation by the Commission's Division of Enforcement ("Division").

A delay in the statutory notice requirements is justified here, because:

(1) the investigation being conducted is within the lawful jurisdiction of the Commission;

(2) there is reason to believe that the records being sought are relevant to a legitimate law enforcement inquiry; and

> (3) there is reason to believe that such notice will result in destruction of or tampering with evidence and will seriously jeopardize the Commission's investigation;

*See* 12 U.S.C. § 3409.

The Commission is currently investigating the activities of Randall Rye ("Subject of Interest"). The Subject of Interest is suspected to be connected to a possible fraudulent scheme involving the solicitation of funds for both managed and pooled investments in certain financial products, including futures contracts and options on futures contracts, commingling investor funds with personal funds, and misappropriating funds through dissipation and/or personal investment in futures contracts and options on futures contacts. Based on the Division's instigation to date, the misappropriation of investor funds is suspected to have occurred *via* some or all of the Subject of Interest's personal accounts at Citibank and Fifth Third Bank.

The Commission plans to use compulsory process to obtain records for the Subject of Interest's personal accounts in an effort to identify investors and to trace the source and flow of the investor funds. (Unsigned copies of the subpoenas the Commission intends to issue are attached hereto as Exhibits A-B).

In further support of this Application, the Commission submits contemporaneously herewith a Memorandum of Law in support of the Application.

Through this Application, the Commission respectfully requests that the court issue an *ex parte* order pursuant to 12 U.S.C. § 3409, (1) delaying for ninety (90) days from the date of service of the subpoena any notification requirements under the RFPA of the Commission's request and review of the subpoenaed financial records; and (2) prohibiting Citibank and Fifth Third Bank from disclosing that the Commission requested or received these records. (A proposed Order granting the Application is attached at Exhibit C.)

WHEREFORE, the Commission respectfully requests that the Court grant this Application, enter the proposed Order attached as Exhibit C, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: March 15, 2017

*/s/ Alison B. Wilson*
Alison B. Wilson
D.C. Bar No. 475992
Chief Trial Attorney
awilson@cftc.gov
(202) 418-5568

Dated: March 15, 2017

*/s/ Rishi K. Gupta*
Rishi K. Gupta
MA BBO No.663782
Trial Attorney
rgupta@cftc.gov
(202) 418-6773

U.S. Commodity Futures Trading Commission
Division of Enforcement
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581